UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM DAWSON AND DEBRA DAWSON on behalf of themselves and their minor son L.D. and minor daughter, A.D.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>PATCHOGUE-MEDFORD SCHOOL DISTRICT, SOUTH OCEAN-MIDDLE SCHOOL, TIMOTHY PICIULLO, RYAN CRABTREE, and MARIA DEL PILAR ERDMAN,<br><br>                    Defendants. | **NOTICE OF APPEARANCE**<br><br>Docket No. 2:25-cv-01026<br>(NGG) (LGD) |

**PLEASE TAKE NOTICE** that ADAM I. KLEINBERG, a member of the firm of GUERCIO & GUERCIO LLP, attorneys for defendants, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Farmingdale, New York
       April 1, 2025

                                              GUERCIO & GUERCIO LLP
                                              *Attorneys for Defendants*

By:   ADAM I. KLEINBERG
       77 Conklin Street
       Farmingdale, New York 11735
       (516) 694-3000
       File No. 00207

To:   All counsel of record (via ECF)