UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILLIAM DAWSON AND DEBRA DAWSON on behalf of themselves and their minor son L.D. and minor daughter, A.D.,

          Plaintiffs,

-against-

PATCHOGUE-MEDFORD SCHOOL DISTRICT, SOUTH OCEAN-MIDDLE SCHOOL, TIMOTHY PICIULLO, RYAN CRABTREE, and MARIA DEL PILAR ERDMAN,

          Defendants.

**NOTICE OF APPEARANCE**

Docket No. 2:25-cv-01026
(NGG) (LGD)

**PLEASE TAKE NOTICE** that MATTHEW J. MEHNERT, a member of the firm of GUERCIO & GUERCIO LLP, attorneys for defendants, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Farmingdale, New York
      April 23, 2025

                                       GUERCIO & GUERCIO LLP
                                       *Attorneys for Defendants*

                                       By: _____
                                           MATTHEW J. MEHNERT
                                       77 Conklin Street
                                       Farmingdale, New York 11735
                                       (516) 694-3000
                                       File No. 00207

To:    All counsel of record (via ECF)