# NICOLE M. CARDIELLO, ESQ., P.C.
## ATTORNEYS AND COUNSELORS AT LAW

70 MEDFORD AVENUE
PATCHOGUE, NEW YORK 11772
TELEPHONE: (631) 207-2500
FACSIMILE: (631) 207-2507
E-MAIL: MAKRAMER@CARDIELLOLAW.COM
WEB SITE: HTTPS://CARDIELLOLAW.COM

NICOLE M. CARDIELLO-RACHUNA, ESQ. *+T■
MARC ANDREW KRAMER, ESQ.*+^

ADMITTED TO PRACTICE LAW IN
* NEW YORK STATE COURT
■ MASSACHUSETTS STATE COURT
+ US DISTRICT COURT - EASTERN DISTRICT OF NEW YORK
^ US DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
T SUPREME COURT OF THE UNITED STATES OF AMERICA

MAY 12, 2025

**VIA ELECTRONIC COURT FILING**
Hon Nicholas G. Garaufis, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

Re: **Dawson – Patchogue-Medford School District**
Index Number: 25-CV-1026 (NGG) (LGD)

Dear Hon. Garaufis,

We represent the Plaintiffs in the above matter. Despite the contentions of the Defendants the Plaintiffs have set forth a prima facie causes of action, including for protected speech under the constitution, as well as for discrimination, and its other causes of action.

However, at this time, Plaintiffs object to the need for pre-motion conference to dismiss. Defendants time to answer or otherwise move expires today, May 12, 2025. Defendants have waited until the last day to request a pre-motion conference. Defendants' request does not stop the clock as to their time to answer. Defendants have had 60 days to answer, a fact they were well aware of when they waived service. In fact, we reminded them of this we they asked for an extension of time beyond thirty (30) days, as they seemingly forgot they received extra time to answer or move. During that sixty (60) day period, Defendants have only filed a notice of appearance, but neither filed an answer or sought any further extensions of time from Plaintiffs.

Plaintiffs intend to file a Motion for Default tomorrow. We will ask the Court to set down an inquest, where Plaintiffs, only shall be permitted to present their evidence, as Defendants have defaulted.

Therefore, as Defendants have made no good faith attempt to contact our office for an extension of time, that Defendants have actually shown no good cause for having waited until the last possible day for additional time to answer, after already having sixty (60) days, any request for an extension of time, should be denied, so that Plaintiffs can file their motion for Default, as they are the only ones who have and continue to be harmed.

Very truly yours,

MARC ANDREW KRAMER, ESQ. (MAK-5290)

Cc: Matthew J. Menhert (VIA ECF)